```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br> vs. <br><br> SOUTH CITY REFRIGERATION AND AIR CONDITIONING, INC., a California corporation, also known as SOUTH CITY REFRIGERATION & AIR CONDITIONING, INC., <br><br> Defendant. | NO. C 04 3394 CRB (DMR) <br><br> <u>ORDER OF EXAMINATION</u> |

To:  Barbara Marchi, Agent and Employee of the Judgment Debtor
     South City Refrigeration
         & Air Conditioning Inc.
     338 N. Canal #3
     South San Francisco, CA 94080

You the above named judgment debtor ARE HEREBY ORDERED to appear personally on May 6, 2010 at 9:00 a.m. at <u>1301 Clay Street, Oakland, CA 94612 Courtroom 4, 3rd Floor,</u> before the Magistrate Judge

<u>ORDER OF EXAMINATION</u>                                1

1  Donna M. Ryu then and there to be examined on oath concerning your
2  property or other matters material to the proceedings.
3          You are ordered to bring with you the following documents:
4          1.   The corporation's bylaws, share register and minute
5  book;
6          2. Title documents to all equipment and vehicles of debtor;
7          3. All lists and schedules of rented, leased and owned
8  equipment of debtor;
9          4. Copies of all real property and personal property leases
10 wherein debtor is a party;
11         5.   Copies of all tax bills, deeds, contracts, deeds of
12 trust or deposit receipts relating to all real and personal property
13 in which any interest is held;
14         6.   Annual Financial Statement for 2009 and all monthly
15 financial statements for 2009 and 2010;
16         7.   Federal tax returns for the last three years;
17         8.   All bank statements, deposit slips and canceled checks
18 for all accounts for 2010;
19         9.   The last tax return filed with the Franchise Tax Board;
20         10.  All accounts receivable lists generated by the Company
21 for 2008;
22         11.  Cash Disbursement Journals for 2009 and 2010;
23         12.  All documents related to any loans to debtor or by
24 debtor by any present or former shareholders, officers or employees
25 of debtor;
26         13.  All documents related to any completed, pending or
27 failed sale of substantially all corporate assets during the last
28 three years.

          ORDER OF EXAMINATION                2

1    14. All personal guarantees made by any officer, agent or
2 shareholder for the benefit of debtor.

4    NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE
5 TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST
6 AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER
7 REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE
8 JUDGMENT CREDITOR IN THIS PROCEEDING.

9 Dated: April 9, 2010



_____
Magistrate Judge Donna M. Ryu

ORDER OF EXAMINATION                3