United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA ET AL,<br><br>Plaintiff,<br><br>v.<br><br>SOUTH CITY REFRIGERATION AND AIR CONDITIONING, INC.,<br><br>Defendant. | No. C-04-03394-CRB (DMR)<br><br>**ORDER RE JUDGMENT DEBTOR EXAM** |

The parties did not appear for the judgment debtor exam set for July 2, 2010 at 9:00 A.M. (Docket No. 19). Defendant's representative, Barbara Marchi, sent a letter to plaintiff's counsel dated July 1, 2010, in which Ms. Marchi claimed she made payment and did not intend to appear for the exam. The Court received a copy of the letter. In light of the letter, the Court excused plaintiff's counsel from appearing at the hearing. By July 6, 2010, plaintiff shall file <u>and serve upon defendant</u> a declaration setting forth its position with regard to the information contained in the July 1, 2010 letter, and making any request for setting a new date for a judgment debtor exam.

IT IS SO ORDERED.

Dated: July 2, 2010

_____
DONNA M. RYU
United States Magistrate Judge