ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE SHEET METAL WORKER, et al.,

Plaintiffs,

vs.

SOUTH CITY REFRIGERATION AND AIR CONDITIONING, INC., a California corporation, also known as SOUTH CITY REFRIGERATION & AIR CONDITIONING, INC.,

Defendants.

NO. C 04 3394 CRB (DMR)

ORDER REGARDING JUDGMENT DEBTOR EXAM

The Court having considered all of the documents filed regarding the holding of a Judgment Debtor Exam in this proceeding, and good cause appearing,

IT IS HEREBY ORDERED that Barbara Marchi appear for a Judgment Debtor Exam on July 20, 2010, 9:00 a.m. at 1301 Clay Street, Oakland, California, Conference Room 4, 3rd., Floor. Ms. Marchi shall bring the documents listed in the prior Order of Examination a copy

of which is attached hereto. Plaintiff shall serve a copy of this Order upon the defendant.

Dated: July 7, 2010

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Donna M. Ryu

Donna M. Ryu
United States Magistrate Judge

ORDER REGARDING JUDGMENT DEBTOR EXAM

ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>Plaintiffs,<br>vs.<br><br>SOUTH CITY REFRIGERATION AND AIR CONDITIONING, INC., a California corporation, also known as SOUTH CITY REFRIGERATION & AIR CONDITIONING, INC.,<br><br>Defendant. | NO. C 04 3394 CRB (DMR)<br><br><u>ORDER OF EXAMINATION</u> |

To: Barbara Marchi, Agent and Employee of the Judgment Debtor
South City Refrigeration
& Air Conditioning Inc.
338 N. Canal #3
South San Francisco, CA 94080

You the above named judgment debtor ARE HEREBY ORDERED to appear personally on May 6, 2010 at 9:00 a.m. at 1301 Clay Street, Oakland, CA 94612 Courtroom 4, 3rd Floor, before the Magistrate Judge

Donna M. Ryu then and there to be examined on oath concerning your property or other matters material to the proceedings.

You are ordered to bring with you the following documents:

1. The corporation's bylaws, share register and minute book;

2. Title documents to all equipment and vehicles of debtor;

3. All lists and schedules of rented, leased and owned equipment of debtor;

4. Copies of all real property and personal property leases wherein debtor is a party;

5. Copies of all tax bills, deeds, contracts, deeds of trust or deposit receipts relating to all real and personal property in which any interest is held;

6. Annual Financial Statement for 2009 and all monthly financial statements for 2009 and 2010;

7. Federal tax returns for the last three years;

8. All bank statements, deposit slips and canceled checks for all accounts for 2010;

9. The last tax return filed with the Franchise Tax Board;

10. All accounts receivable lists generated by the Company for 2008;

11. Cash Disbursement Journals for 2009 and 2010;

12. All documents related to any loans to debtor or by debtor by any present or former shareholders, officers or employees of debtor;

13. All documents related to any completed, pending or failed sale of substantially all corporate assets during the last three years.

14. All personal guarantees made by any officer, agent or shareholder for the benefit of debtor.

NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.

Dated: April 9, 2010

UNITED STATES DISTRICT COURT
GRANTED
Judge Donna M. Ryu
NORTHERN DISTRICT OF CALIFORNIA

Magistrate Judge Donna M. Ryu