```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   3030 Bridgeway, Suite 121
3  Sausalito, CA 94965
   Telephone:  (415) 729-9006
4  FAX: (415) 729-9023

5  Attorneys for Plaintiffs
```

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., | NO.  C 04 3394 CRB (DMR) |
| Plaintiffs, | ~~(PROPOSED)~~ |
| vs. | <u>ORDER OF EXAMINATION</u> |
| SOUTH CITY REFRIGERATION, etc., | |
| Defendant. | |

To:  Barbara Marchi, Agent and Employee of Judgment Debtor
     South City Refrigeration & Air Conditioning Inc.
     338 N. Canal #3
     South San Francisco, CA 94080

        You the above named Agent and Employee of judgment debtor ARE HEREBY ORDERED to appear personally on Thursday April 21, 2011 at 9:30 a.m. at 1301 Clay Street, Courtroom 4, 3rd Floor, Oakland, CA 94612 before the Magistrate Judge Donna M. Ryu then and there to be examined on oath concerning your property or other matters material to the proceedings.

        You are ordered to bring with you the following documents:

        1.   The corporation's bylaws, share register and minute book;

<u>ORDER OF EXAMINATION</u>                          1

2. Title documents to all equipment and vehicles of debtor;

3. All lists and schedules of rented, leased and owned equipment of debtor;

4. Copies of all tax bills, deeds, contracts, deeds of trust or deposit receipts relating to all real and personal property in which any interest is held;

5. Annual Financial Statement for 2010 and all monthly financial statements for 2011;

6. Federal tax returns for the last three years;

7. All bank statements, deposit slips and canceled checks for all accounts for 2011;

8. The last tax return filed with the Franchise Tax Board;

9. All accounts receivable lists generated by the Company for 2011;

10. Cash Disbursement Journals for 2009 and 2010;

11. All personal guarantees made by any officer, agent or shareholder for the benefit of debtor.

NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.

Dated: 3/23/2011

_____
Magistrate Judge Donna M. Ryu

ORDER OF EXAMINATION                      2